### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE ESTATE OF ANNA HAUCK by and Through its Representatives Eddy M. Hauck and Rudolph M. Hauck, et al., )<br>)<br>)<br>)<br>  Plaintiffs, )<br>)<br>v. )<br>)<br>PENNSYLVANIA LIFE INSURANCE COMPANY, et al., )<br>)<br>)<br>  Defendants. ) | Case No. CIV-14-1233-M |

### ADMINISTRATIVE CLOSING ORDER

On the representation from counsel for the parties, that the parties have reached a settlement and compromise, it is ordered that the Clerk administratively terminate this action in his records without prejudice to the rights of the parties to reopen the proceeding for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

If the parties have not reopened this case within <u>30 days</u> of this date for the purpose of dismissal pursuant to the settlement compromise, Plaintiff's action shall be deemed to be dismissed with prejudice.

**IT IS SO ORDERED** this 1st day of September, 2015.

*/s/ Vicki Miles-LaGrange*
VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE